IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DOROTHY CONTRAD | : | CIVIL ACTION |
| vs. | : | |
| ALLIANCEONE RECEIVABLES MANAGEMENT, INC. | : | NO.  08-5549 |

## NOTICE OF DISMISSAL

PLEASE TAKE NOTICE that plaintiff, DOROTHY CONRAD, pursuant to Rule 41(a)(1)(i) of the Rules of the United States District Court, hereby dismisses the action captioned above, with prejudice.

        BY: /s/  Bruce K. Warren
             Bruce K. Warren, Esquire
             Attorney for Plaintiff
             Attorney I.D. #89677
             Warren & Vullings, LLP
             1603 Rhawn Street
             Philadelphia, PA  19111
             215-745-9800